# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHA'KEIRAH ROBINSON : | |
| : | |
| v. : | NO 24-CV-364  SWR |
| : | |
| DETECTIVE TIMOTHY DEERY, et al. : | |

**O R D E R**

AND NOW, this 3d day of February, 2025, upon consideration of Plaintiff's Motion to Compel docketed in this case as ECF Doc. 18, and the response thereto, it is hereby ORDERED that the Motion is GRANTED IN PART;

Within seven (7) days of the date of this Order, Defendant Timothy Deery shall identify by name the C.I.D. Officer referred to by Plaintiff at her deposition as a "bald headed officer" in the still taken from the Ring camera footage shown to Plaintiff at her deposition, and attached a part of Exhibit D to the Motion.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE