# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHA'KEIRAH ROBINSON | : |
| | : |
| v. | : NO 24-CV-364  SWR |
| | : |
| DETECTIVE TIMOTHY DEERY, et al. | : |

## O R D E R

AND NOW, this 10th day of March, 2025, upon consideration of Plaintiff's Petition to Amend her Complaint, docketed herein as ECF Doc. No. 22, and Defendants' Response thereto, it is hereby ORDERED that Plaintiff's Petition to Amend her Complaint is DENIED for the reasons set forth in the Opinion filed by the undersigned of even date.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE